Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

RECEIVED
SEP 0 6 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

# UNITED STATES DISTRICT COURT
for the
__Western__ District of __Louisiana__
__Shreveport__ Division

Ira Jerome Ross
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Warner Brothers Pictures Company
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

) Case No. __1:17-cv-1130   SEC P__
)           (to be filled in by the Clerk's Office)
)
) Jury Trial: (check one) [X] Yes [ ] No
)
) Law suit for intellectual property; copyrights
) Money Demanded: $300,000,000.00
) Written Amount: Three Hundred Million Dollars
) Summons Response: 30 days (L.R. 8-3)
) Rule 38 Right to a Jury trial; demand
) Rule 39 Trial by Jury or by the Court
) Jurisdiction: Diversity of Citizenship
)

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

      Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

      Name: Ira Jerome Ross Doc# 498729
      Street Address: Raymond Laborde Correctional Center
      City and County: 1630 Prison Road Cottonport (Avoyelles Parish)
      State and Zip Code: Louisiana Zip Code 71327
      Telephone Number:
      E-mail Address: www.JPay.com

   B. The Defendant(s)

      Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Warner Brothers Pictures Company
- Job or Title (if known): (Owners, Executives, Managers)
- Street Address: 4000 Warner Blvd.,
- City and County: Burbank (County Los Angeles)
- State and Zip Code: California Zip Code 91522
- Telephone Number: (818) 954·3000
- E-mail Address (if known): wbsf@warnerbros.com

Defendant No. 2
- Name: Kevin Tsujihara
- Job or Title (if known): Chairman and C.E.O of Warner Bros. Entertainment
- Street Address: 4000 Warner Blvd.,
- City and County: Burbank (County Los Angeles)
- State and Zip Code: California Zip Code 91522
- Telephone Number: (818) 954·3000
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question    [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C 1357; 28 U.S.C 1338; 14th amendment due process.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* Ira Jerome Ross, is a citizen of the State of *(name)* Louisiana.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* Kevin Tsujihara, is a citizen of the State of *(name)* California. Or is a citizen of *(foreign nation)* _____.

  b. If the defendant is a corporation

The defendant, (name) Warner Brothers Pictures, is incorporated under the laws of the State of (name) California, and has its principal place of business in the State of (name) California.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

The Plaintiff invoiced "Three Hundred Million Dollars"; Compensation.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Additional pages in support of Statement of Claim have been attached.

Warner Brothers Picture Company failed to pay me for Movie production.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Failed to pay for authorization and Failed to purchase Manuscript. The Sum in total of ($300,000,000.00) Three hundred million Dollars for failing to compensate this amount of money which was also Verbally invoice at the time I created the Complete (2015) Box office release "Batman versus Superman" "Dawn of Justice".

V.     **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.     **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-30-17

Signature of Plaintiff _Ira J. Ross_
Printed Name of Plaintiff  Ira J. Ross

B.     **For Attorneys**

Date of signing: 8-30-17

Signature of Attorney _Ira J. Ross_
Printed Name of Attorney  Ira Jerome Ross
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# III. STATEMENT OF CLAIM
# ADDITIONAL PAGE

Now into the civil court comes, The plaintiff Ira Jerome Ross, pro-se, and in pro per, in this civil action law suit against the defendants Warner Brothers Picture Company and it's Chief Executive Officer Kevin Tsujihara, who is filing this complaint in the court to demand a jury trial and to be awarded the sum of ($300,000,000.00) Three Hundred Million Dollars for the amount owned and for damages for failing to pay for authorization to use the plaintiff's original copyrights and intellectual property and for failing to pay compensation to purchase the movie manuscript in whole or in part which violated 17 U.S.C.A. 101-1332 and 501. Infringement of Copyrights in which the above amount was invoiced at the time the plaintiff designed the movie production. The plaintiff is requesting the above sum of money as his relief which is compensation for verbally designing the motion picture film (2015) titled "Batman Versus Superman Dawn of Justice" staring actors Ben Afflect, Henry Cavill, and Amy Adams, which is a PG-13 rated film. The plaintiff states that he designed the complete movie from start to finish verbally along with the movie scripts for each characters part in the film, 2007 while being housed in Louisiana State Prison Angola where he also produced over 20 other movie titles for the Warner Brothers Pictures Company. The plaintiff states that the title of the movie Batman Versus Superman Dawn of Justice (2015) was originally designed as a film with a catchy theme to attract movie consumers and increase box office ticket sales so that the company could increase it's revenue and make a large profit with a highly marketable audio manuscript in which the plaintiff would be paid the sum of Three Hundred Million Dollars for his intellectual property in which he is the inventor of the movie title and complete film.

The movie was released on Veterans Day November 2015 in theaters and made ($400,000,000.00) Four Hundred Million Dollars in just four days in the box office Thursday through Sunday and this sum does not include the over all box office sales internationally or world wide, the company also made large profits from DVD sales with Warner brothers Home Entertainment, Pay-Pre-View, internet downloading companies like Net Flex, plus license merchandising sales on things like toys, books, movie sound tracks, video games, cloths, music in which the title to the film was used.

The plaintiff states that this is a civil action for damages because the Warner Brother Picture Company failed to locate and compensate him the amount of Three Hundred Million Dollars which was the amount verbally invoiced at the time the movie was audio produced which violated his intellectual property; morle rights when the company failed to pay it's fiduciary debt which is a debt arising from a fiduciary relationship rather then from a contractual agreement. The plaintiff Ira Jerome Ross did not register the movie with the Library of Congress Copyright Office but is the original copyright and intellectual property rights owner and is waiting to motion the court to order records of the agents or persons who are responsible for acting on the behalf of Warner Brothers Pictures Company to copyright the film with the copyrights office so that an investigation can be conducted, which is allowed by 17 U.S.C.A. 501. (B) Infringement of Copyrights, and the plaintiff is motioning the court to present expert witnesses to testify at trial along with evidence from polygraph lie detector test that he is in fact the original copyrights owner and that he created the complete above titled film and that all the above is true and correct.

RECEIVED
SEP 06 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

Date: September 2, 2017

To: Clerk of Court: Western District of Louisiana; Shreveport

From: Ira Jerome Ross Doc #498729

Re: Filing civil action law suit in Court record; In Forma Pauperis and issuing Summons and complaint by United States Marshall's office to out of state defendants; law suit $300,000,000.00 Jurisdiction diversity of citizenship and Federal Question: U.S. Constitution 5th Amendment; Just Compensation for Intellectual Property and Copyrights.

Re: U.S. Supreme Court allows one copy to be filed in Court; if proceeding in forma pauperis. See... letter marked exhibit from disciplinary office date 8·31·17 Could not obtain copies at this time. Please allow case to proceed on the merits for Jury trial.

Dear Clerk of civil Court,

Please send me a copy of the docket showing Jurisdiction, and case number, the amount demanded and demand for Jury trial, along with a ruling showing that my application to proceed in forma pauperis has been granted.

Also I am requesting that the court issue Summons to the defendants A.S.A.P because I am indigent and can not afford certified mail to gurantee out of state plaintiff's receive Summons and copy of law suit.

Thanks for your Service.

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
  (b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
  (c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.