RECEIVED

OCT 27 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| IRA JEROME ROSS (#498729),<br>Plaintiff | CIVIL ACTION NO. 1:17-CV-1130-P |
| VERSUS | JUDGE JAMES T. TRIMBLE JR. |
| WARNER BROTHERS<br>PICTURES, CO., ET AL.<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objection filed by Petitioner, having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Ross's motion for leave to proceed *in forma pauperis* (Doc. 2) and motion for appointment of counsel (Doc. 3) are hereby DENIED.

IT IS FURTHER ORDERED that Ross's complaint is hereby DISMISSED without prejudice for improper venue, rather than transferred, because the complaint fails to state a plausible claim.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 27th day of October, 2017.

JAMES T. TRIMBLE JR.
UNITED STATES DISTRICT JUDGE